Patrick Gallagan, as Administrator, etc., of John Gallagan, Deceased, Respondent, v. Pittsburg Contracting Company, Appellant.— Motions denied. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.; Putnam, J., not voting.

Lawrence Hull, as Trustee in Bankruptcy of Clarence E. Hopkins, Plaintiff, v. Fifty-second Street Storage House, Inc., and Others, Defendants.— Motion for stay granted. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.; Putnam, J., not voting. Order to be settled before Mr. Justice Carr.

Camille Weidenfeld, Plaintiff, v. Alfredo B. Adams and Guerrero Mines Company, Defendants.— Motion denied. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.; Putnam, J., not voting.

Patrick Blake, Respondent, v. Village of Cornwall, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.

George E. Blakeslee, Appellant, v. International Motor Company and Others, Respondents. (Appeal No. 1.) — Judgment affirmed, with costs No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., not voting.

George E. Blakeslee, Appellant, v. International Motor Company and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., not voting.

George E. Blakeslee, Appellant, v. International Motor Company and Others, Respondents. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., not voting.

Joseph M. Clark, Respondent, v. Eliza V. Walker and Others, Defendants. The City of New York, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., not voting.

The Commercial Trust Company of New York, Respondent, v. Walter A. Peck and Others, Defendants, Impleaded with Christopher C. Firth, Respondent, and Maria A. Bird, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Thomas F. Condon, Respondent, v. Thomas F. Condon & Company, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

William W. Farley, as State Commissioner of Excise, Respondent, v. Charles Buchmuller and Illinois Surety Company, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Philip Federman, Appellant, v. Carl Rieger, Respondent.— Judgment modified by adding at the foot thereof a provision directing that there be credited and applied thereon all moneys paid on the judgment in *Lo Re*